COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER AND NOTICE

Appellate case name:        Jeannie Lee v. Kin K. Lee

Appellate case number:      01-14-00551-CV

Trial court case number:    356017

Trial court:                County Court at Law No. 7 of Bexar County

Appellant, Jeannie Lee, appeals from a trial court judgment, signed on March 27, 2014. The reporter's record was due to be filed in this Court by August 25, 2014. On August 1, 2014, the Clerk of this Court notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 35.3(b). The Clerk further notified appellant that unless she provided written evidence that she had paid, or made arrangements to pay, for the reporter's record, or provided proof that she is entitled to proceed without payment of costs by September 2, 2014, the Court might consider the appeal without a reporter's record. *See* TEX. R. APP. P. 37.3(c). On August 18, 2014, appellant filed her "Motion for Additional Time in Which to File Record," requesting "an extension of 60 days in which to get the record of the trial filed with the Court of Appeals." We **grant** the motion.

Accordingly, appellant is directed to submit written evidence that she has paid, or made arrangements to pay, the fee for preparation of the court reporter's record **no later than November 3, 2014.** If appellant believes that she is exempt from paying the reporter's fee, appellant should file a detailed explanation by that date. *See* TEX. R. APP. P. 20.1. Unless appellant provides written evidence from the court reporter showing that the fee has been paid or arrangements to pay the fee have been made, or proof that she is entitled to proceed without payment of costs by the deadline, the Court may require appellant to file her brief and can consider and decide the appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.

Judge's signature:     /s/ Terry Jennings
                       ☒ Acting individually     ☐ Acting for the Court

Date: September 30, 2014